**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1585**

CHARLES CLAIR,

              Plaintiff - Appellant,

        v.

JOHN DOE, CLERK OF THE STATES ATTORNEY'S OFFICE OF ST. MARY'S
COUNTY, MD; JOHN DOE, Clerk of Circuit Court of St. Mary's
County, MD,

              Defendants – Appellees,

        and

THOMAS V. MIKE MILLER, JR., Attorney; PETER O'NEIL,

              Defendants.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:14-
cv-00713-PWG)

Submitted:  November 4, 2016        Decided:  November 21, 2016

Before GREGORY, Chief Judge, and NIEMEYER and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Clair, Appellant Pro Se.  Brian E. Frosh, Attorney General,
Jennifer L. Katz, Assistant Attorney General, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Clair appeals the district court's orders granting the motion to dismiss his amended complaint under 42 U.S.C. § 1983 (2012) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Clair v. Doe, No. 8:14-cv-00713-PWG (D. Md. Apr. 29, 2016; Feb. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3